# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0539.  KING v. KNAPP.**

On October 26, 2021, this Court granted the appellant's application for discretionary appeal in the above-styled case.  However, upon further review, we hereby DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/18/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*